EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re<br><br>Juan Quirós Hernández | 2006 TSPR 159<br><br>169 DPR _____ |
| --- | --- |

Número del Caso: TS-1715

Fecha: 20 de octubre de 2006

Abogado del Peticionario:

                    Lcdo. Angel Lacomba Morales

Materia: Readmisión al ejercicio de la profesión de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

                                    TS-1715
Juan Quirós Hernández


                        RESOLUCION


San Juan, Puerto Rico, a 20 de octubre de 2006.

        Atendidas la "Réplica al Informe del Procurador General" del 2 de marzo de 2006 y el "Informe de la Comisión" del 21 de septiembre de 2006, procede readmitir al ejercicio de la profesión de la abogacía, al señor Juan Quirós Hernández, condicionada a que acredite, en o antes del transcurso de dos (2) años, que ha tomado un curso preparatorio para el examen de reválida.

        Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López y la Jueza Asociada señora Fiol Matta no intervinieron.


                        Aida Ileana Oquendo Graulau
                        Secretaria del Tribunal Supremo